UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTHONY JOSEPH WILLIAMS | CIVIL ACTION NO. 04-890-P

versus | JUDGE WALTER

MICHAEL HORTON, ET AL. | MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiff, an inmate at the David Wade Correctional Center, filed this civil action against correctional officers alleging that they wrongfully sprayed him with a chemical agent, struck him several times, choked him and subjected him to a number of other incidents of excessive force. Plaintiff was directed to provide service papers for the named defendants. Defendants Michael Horton, Bobby Roton and John Simpkins were served and have filed an answer. Plaintiff submitted service papers for a defendant described as John Doe (Sgt. Pilkington), but the Marshal's return certified that he was unable to locate such a person. Plaintiff has not provided any additional information regarding the alleged Sgt. Pilkington, so the claims against that alleged defendant cannot be prosecuted in this action.

The claims against the defendants who filed an answer are now ripe for disposition. The deadline for the parties to file a motion for summary judgment or statement of issues has passed. No motions were filed, but Defendants have filed a Statement of Issues (Doc. 28). Both parties have demanded a jury trial, and that proceeding will have to be held before the district judge. McAfee v. Martin, 63 F.3d 436 (5th Cir. 1995).

To prepare for the jury trial, the parties must submit **Pretrial Statements**. On or before **February 20, 2007**, **Plaintiff** shall file his Pretrial Statement that contains (1) a list of all exhibits he intends to offer into evidence and (2) a list of the names and addresses of all witnesses he intends to call, along with a brief summary of the anticipated testimony of each witness. Plaintiff shall serve a copy of the statement, together with copies of all proposed exhibits, on counsel for Defendants, and he shall include on the original document filed with the Clerk of Court a certificate stating the date that a true and correct copy was mailed to Defendants' counsel.

On or before **March 5, 2007, Defendants** shall file and serve their Pretrial Statement that contains (1) a list of all exhibits they intend to offer into evidence at the hearing and (2) a list of the names and addresses of all witnesses Defendants intend to call, along with a brief summary of the anticipated testimony of each witness. Defendants shall serve a copy of the statement, together with copies of all proposed exhibits, on Plaintiff, and they shall include on the original document filed with the Clerk of Court a certificate stating the date that a true and correct copy was mailed to Plaintiff.

Failure of a party to list an exhibit or witness in a pretrial statement will result in exclusion of that evidence at the trial absent a showing of manifest injustice to the offering party that outweighs any prejudice to the opposing party.

Failure to file a pretrial statement may result in dismissal or other appropriate sanction. After the statements have been filed, the court will issue further orders regarding the trial date and related proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 31st day of January, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE